UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>　　　　　Defendant. | Civil Action No. 22-1516 (JDB) |

**CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, the United States Department of Energy, respectfully requests a 30-day enlargement of time, up to and including August 11, 2022, to answer or otherwise respond to the complaint.  An answer is presently due on July 11, 2022.

Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiff, C. Peter Sorensen, regarding this request and he kindly assented to the requested relief.

In support of this motion, Defendant states as follows:

1.	The complaint was filed on May 30, 2022.

2.	An answer is currently due on July 11, 2022.

3.	Undersigned counsel was recently assigned the case and entered his notice of appearance on July 8, 2022.

4.	Undersigned counsel has been assigned in excess of 100 cases, along with twenty others that were transferred when a colleague in the U.S. Attorney's Office left the office for paternity leave in mid-May.  One of the transferred cases needed immediate attention with a discovery cut-off date of July 8, 2022, with a directive that no further extensions would be allowed.

This required attendance at depositions and much preparation for each, two of which undersigned counsel took and which occurred on June 28 and June 30, 2022. This was in addition to an already extremely busy and active litigation caseload.

5. Undersigned counsel has not yet had a chance to confer with the Agency regarding the allegations of the complaint and to prepare a response.

6. Given the foregoing, it would be difficult for undersigned counsel to provide to the Court a thorough and fulsome response to the complaint by the current due date.

7. Therefore, Defendant respectfully requests additional time within which to answer or otherwise respond to the complaint.

8. This motion is filed in good faith and not for the purpose of delay.

9. This is the first request for an extension of the answer or response deadline

A proposed order is attached.

Dated: July 9, 2022                              Respectfully submitted,

                                                 MATTHEW M. GRAVES, D.C. Bar #481052
                                                 United States Attorney

                                                 BRIAN P. HUDAK
                                                 Chief, Civil Division

                                                 By:      /s/ Thomas W. Duffey
                                                 THOMAS W. DUFFEY
                                                 Assistant United States Attorney
                                                 601 D Street, NW
                                                 Washington, DC 20530
                                                 202-252-2510
                                                 Thomas.duffey@usdoj.gov

                                                 *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-1516 (JDB) |
| UNITED STATES DEPARTMENT OF ENERGY, | ) ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's consent motion to extend the time to answer or otherwise respond to the complaint, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that Defendant shall answer or otherwise respond to the complaint by August 11, 2022.

SO ORDERED.

Dated:

JOHN D. BATES
United States District Judge