UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br>   *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br>   *Defendant.* | Civil Action No. 22-1516 (JDB) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Chinese American Legal Defense Alliance and Defendant United States Department Of Energy that the above-captioned action is voluntarily dismissed, without prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs and attorneys' fees.

Dated:  October 12, 2022          Respectfully submitted,

By: <u>/s/ C. Peter Sorenson</u>  
C. PETER SORENSON  
D.C. Bar #438089  
Sorenson Law Office  
PO Box 10836  
Eugene, OR 97440  
Telephone: (541) 606-9173  
Email: peter@sorensonfoialaw.com  

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052  
United States Attorney  

BRIAN P. HUDAK  
Chief, Civil Division  

By: <u>/s/ Thomas W. Duffey</u>  
THOMAS W. DUFFEY  
Assistant United States Attorney  
601 D Street, NW  
Washington, D.C. 20530  
Telephone: (202) 252-2510  
Email: thomas.duffey@usdoj.gov  

*Counsel for Defendant*